[No. 41495-3-II. Division Two. October 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK DEMONE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04548-1, Katherine M. Stolz, J., entered October 22, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 41571-2-II. Division Two. October 2, 2012.]

THOMAS LOWRY ET AL., *Plaintiffs*, v. ALLENMORE RIDGE CONDOMINIUM ASSOCIATION, *Respondent*, BERT L. THOMPSON ET AL., *Defendants*, RAY E. PEDERSEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-10623-7, Susan Serko, J., entered November 12, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt, J., and Armstrong, J. Pro Tem.